BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ROUVINEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-04-40090-SBA |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| TIMOTHY RHETT ROUVINEN , ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties having reached a proposed settlement of the supervised release revocation charges whereby the court will take judicial notice of the charges in the Form 12 Petition against Mr. Rouvinen, and based upon the stipulation of the parties and the Probation Office, it is hereby

ORDERED that Mr. Rouvinen be brought to the United States Courthouse in Oakland, California on Wednesday, December 2, 2009 in his street clothing. Further, it is

ORDERED that Mr. Rouvinen be released from the United States Marshals Office on the morning of December 2, 2009. Further, it is

ORDERED that Mr. Rouvinen report immediately upon release to the United States Probation Office on the Second Floor of the Federal Courthouse at 1301 Clay St., Oakland, CA. Further, it is

1  ORDERED that Mr. Rouvinen reside at the home of his mother, Pearl Tedesco, and
2  participate in mental health treatment at the Cross Roads Program, including a medication
3  schedule, as directed by the United States Probation Officer.  Further, it is
4  ORDERED that if Mr. Rouvinen misses a mental health treatment appointment or part of
5  his prescribed medication schedule, the Court and the parties will be notified by the Probation
6  Office  immediately.  Further, it is
7  ORDERED that the REVOCATION HEARING scheduled for Wednesday, December 2,
8  2009, be taken off calendar.  Further, it is
9  ORDERED that all other conditions of Mr. Rouvinen's Supervised Release remain in
10  effect.
11  DATED:12/1/09

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE