BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant ROUVINEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 04-40090-SBA |
|---|---|---|
| Plaintiff, | ) | **ORDER CONTINUING REVOCATION HEARING** |
| vs. | ) | |
| TIMOTHY ROUVINEN | ) | Hearing Date: January 19, 2010<br>Requested Date: February 2, 2010 |
| Defendant. | ) | |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the STATUS ON REVOCATION hearing date of January 19, 2010 be continued to February 2, 2010 at 9:00 a.m.

IT IS SO ORDERED.

\_\_1/15/10_____          _Saundra B Armstrong_
Date                              Honorable Saundra Brown Armstrong
                                  United States District Judge

Order to Continue, 04-40090-SBA          1