JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorneys
   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3691
   Facsimile:  (510) 637-3724
   E-mail: maureen.bessette@usdoj.gov

Attorney for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-40090 SBA |
| Plaintiff, ) | STIPULATION AND ORDER FOR PSYCHIATRIC RE-EVALUATION BY U.S. PROBATION |
| v. ) | |
| TIMOTHY R. ROUVINEN, ) | |
| Defendants. ) | |

**STIPULATION**

This matter was set for status on Tuesday, March 2, 2010, at 9:00 a.m. The parties appeared and jointly stipulated and requested that the defendant be re-evaluated by the U.S. Probation Office. Specifically, the parties agreed that Dr. Chamberlain should re-evaluate Mr. Rouvinen with the benefit of Mr. Rouvinen's medical records and information about the most recent charges of supervised release violations. The parties agreed to put this matter back on the Court's calendar once the re-evaluation has been completed. The Court confirmed with the defendant that he agrees that a re-evaluation is in his best interests. The parties therefore stipulate and agree that the Probation Officer shall release copies of the defendant's medical records in her possession, including any records obtained from the Bureau of Prisons, to the

1  parties and to Dr. Chamberlain.  The parties further stipulate and agree that the Court shall order
2  the Probation Office to obtain a re-evaluation of the defendant by Dr. Chamberlain, or another
3  qualified doctor, at the expense of the Probation Office.

**SO STIPULATED.**

Dated: March 4, 2010

                                    /s/
                            KESLIE STEWART
                            Assistant United States Attorney

SO STIPULATED.

Dated: March 4, 2010

                                  /s/
                            JOHN PAUL REICHMUTH
                            Attorney for Defendant

**ORDER**

Based on the stipulation of the parties and good cause appearing IT IS HEREBY ORDERED THAT the Probation Officer shall release copies of the defendant's medical records to the parties and to Dr. John Chamberlain or another qualified psychiatric examiner.  IT IS FURTHER ORDERED that the Probation Office shall order and pay for a re-evaluation of the defendant by Dr. Chamberlain or another qualified psychiatric examiner to reconsider the following:

1. Mr. Rouvinen's current mental health status in light of the conduct charged in the most recent petition by the Probation Officer;
2. His dangerousness to himself and the community (both when he is properly medicated and when he is not); and
3. The effectiveness of his current medical regimen and suggestions as to other appropriate treatment options.

**IT IS SO ORDERED**.

Dated: 3/30/10

SAUNDRA BROWN ARMSTRONG
United States District Court Judge

3