UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY RHETT ROUVINEN,<br><br>　　　　Defendant. | Case No: CR 04-40090 SBA<br><br>**ORDER** |

　　　The November 3, 2010 Supervised Release Revocation and Disposition hearing in this matter is RESCHEDULED to October 6, 2010 at 2:30 p.m. in Department 2 of this Court, Judge Claudia Wilken presiding.

　　　IT IS SO ORDERED.

Dated: September 27, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge